**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MOSES MELVIN HUAEMBUKIE,
Petitioner,
v.
MARCOS CHARLES, et al.,
Respondents.

Case No. 5:26-cv-03272-MCS-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied as moot.

DATED: August 24, 2026

Mark C. Scarsi

Hon. Mark C. Scarsi
UNITED STATES DISTRICT JUDGE